NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARRY J. CONNER,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3129

---

Petition for review of the Merit Systems Protection Board in No. AT-0831-12-0138-I-2.

---

## ON MOTION

---

### O R D E R

Upon consideration of the Respondent's unopposed motion to extend time, until October 9, 2014, to file its principal brief and its response to Harry J. Conner's motion to take judicial notice,

IT IS ORDERED THAT:

The motion is granted.

2                                             CONNER v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24